AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Reports Required by the Ethics in Government Act of 1978 (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>SCHROEDER, MARY M. | 2. Court or Organization<br>U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report<br>5/11/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge, U.S. Court of Appeals (U.S. Circuit Judge) | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>1/1/04-12/31/04 |
| 7. Chambers or Office Address<br>U.S. Courthouse, Ste. 610<br>401 W. Washington St., SPC 54<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |  |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Council Member | American Law Institute |
| 2 Trustee | ▇▇▇ Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED
2005 MAY 16 P 1:41
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2004 | Arizona State University - Salary | |
| 2 2004 | Sheshunoff Information Services - Book royalty | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/11/05 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | American Law Institute | Council Mtg., 10/20-10/23, Philadelphia, transp., food, hotel |
| 2 | Hastings Law College | Commencement Speech, 5/22-5/23, San Francisco, transp., food, hotel |
| 3 | University of Chicago Law School | Moot Court, 5/9-5/11, Chicago, transp. |
| 4 | Cornell Law School | Moot Court, 4/14-4/18, Ithaca, transp., food, hotel |
| 5 | Nevada State Bar | Speech, 5/16-5/17, San Diego, transp., food, hotel |
| 6 | American Law Institute | Council Mtg., 5/16-5/19, DC, transp., food, hotel |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Arizona Club | Honorary Membership-dues | $ 1,020.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
J=$15,000 or less
K=$15,001-$50,000
L=$50,001-$100,000
M=$100,001-$250,000
N=$250,001-$500,000
O=$500,001-$1,000,000
P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000
P3=25,000,001-50,000,000
P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/11/05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income) | | | | | | | | | |
| 1 Bank One Accounts | B | INT. | N | T | | | | | |
| 2 Prubache MYM Fund | A | DIV. | J | T | | | | | |
| 3 Lincoln Nat'l Life | A | INT. | J | T | | | | | |
| 4 Franklin Fund AzTxFr Inc. | A | | K | T | | | | | |
| 5 Equitable 300+ stock Fund-IRA | | None | K | T | | | | | |
| 6 VALIC Fixed Plus Fund | D | INT. | N | T | Buy mnthly | | J | | |
| 7 VALIC Midcap Index | | None | L | T | | | J | | |
| 8 VALIC Stock Index | | None | L | T | " | | J | | |
| 9 VALIC Int'l Gov't Bond | | None | M | T | " | | J | | |
| 10 VALIC Science & Tech. | | None | K | T | | | J | | |
| 11 SaguaroLtd.Ptnship(MesaRealEst) | | None | J | W | | | | | |
| 12 TIAA (Ret. Ann.) | E | INT. | O | T | | | | | |
| 13 Az St. Credit Un. | A | INT. | K | T | | | | | |
| 14 VALIC Gov't Sec. | | None | J | T | | | J | | |
| 15 CREF Stock | | None | J | T | " | | J | | |
| 16 CREF Bond | | None | K | T | " | | J | | |
| 17 CREF Global Eq. | | None | J | T | " | | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/11/05 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 CREF Growth | | None | J | T | Buy mnthly | | J | | |
| 19 CREF Inflation Bond | | None | K | T | " | | J | | |
| 20 VALIC Int'l Growth(formerlyTempleton Int'l) | | None | K | T | " | | J | | |
| 21 VALIC SmCapEq | | None | J | T | " | | J | | |
| 22 VALIC short Term Fixed | B | INT | L | T | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Trust #1 assets are exempt

VALIC short term fixed previously included with VALIC Fixed Plus

U.S. Savings Bonds are exempt

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable tatutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in ompliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

ignature _____          Date __5 - 11 - 05__

OTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544